# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ROY LEE NICHOLSON, county jail inmate #032602**          **PLAINTIFF**

**VERSUS**          **CIVIL ACTION NO. 3:08-cv-212-HTW-LRA**

**VINCENT WILLIAMS AND**
**JOHN DOES**          **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. As reflected in the Memorandum Opinion and Order of the Court issued this day, Plaintiff's claims are not cognizable under Title 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to Ttile 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to Title 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 25th day of April, 2008.

                 s/ HENRY T. WINGATE
                 CHIEF UNITED STATES DISTRICT JUDGE